# United States Court of Appeals
# For the Seventh Circuit

SHUKEITHA JACKSON )  Case Number: 24:2311
    Plaintiff - Appellant )
)
v. )
)
ABBVIE INC. )
    Defendant - Appellee )
)

U.S.C.A. – 7th Circuit
RECEIVED
OCT 07 2024

## MOTION FOR EXTENSION OF TIME

Now comes Plaintiff Shukeitha Jackson Pro Se. respectful Submits her MOTION FOR EXTENSION OF TIME, states as follows:

1. On July 29, 2024 Plaintiff Jackson filed a NOTICE OF APPEAL of lawsuit against Defendant AbbVie, Inc. [1]; [9] Jackson filed suit under Title VII of the Civil Rights Act of 1964 and U.S.C statute 1981. In response to the defendant's motion to dismiss under F.R.C.P. (b)(6) for failure to state a claim. [15]. District Court Judgment was entered on July 2, 2024.

2. Jackson requests an extension of time for filing dates. Due date is October 10, 2024.

3. Jackson believes that she needs more time to prepare the required brief and asks for an extension of time.

For those reasons a good cause exists to grant this Motion.

_____  10/4/2024
(Plaintiff's Signature)  (Date)